UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.	Case No. 3:01-cr-38-J-20TEM

OTIS MCRAY

_____/

## ORDER

This cause is before this Court on Defendant's motion to correct conflict between the oral pronouncement of sentence and written judgment (Doc. 175, filed March 16, 2012). In the instant motion, Defendant claims that the written judgment assigned a mandatory life sentence and, therefore, conflicts with this Court's pronouncement at the sentencing hearing that Defendant should serve concurrent terms of life imprisonment for each count. He requests that the Court correct the conflict by deleting the word "mandatory" from the judgment. However, the written judgment makes no reference to a mandatory term of life imprisonment. The only mention of the term "mandatory" within the judgment (Doc. 120, entered November 26, 2001) is a citation to "the Mandatory Victims Restitution Act of 1996." (Doc. 120 at 1).

Accordingly, it is **ORDERED**:

Defendant's motion to correct conflict between the oral pronouncement of sentence and written judgment (Doc. 175, filed March 16, 2012) is **DENIED**.

**DONE AND ENTERED** at Jacksonville, Florida, this 28th day of March, 2012.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
David Rodney Brown, AUSA
Otis McRay, *Pro Se*